PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AL-JUMAILI, ET AL., | CASE NO. 2:22-CV-01764-AC |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

    The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' asylum application, which has been pending since March 17, 2017. U.S. Citizenship and Immigration Services (USCIS) has scheduled Plaintiffs' interview, which is currently set for January 31, 2023. The parties anticipate that USCIS will soon be able to complete adjudication following the interview, thereby rendering this lawsuit moot.

    The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 3, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  December 8, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ LEWIS G. JUBRAN
LEWIS G. JUBRAN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

DATED: December 8m 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE